UNITED STATES, Plaintiff–Appellee,

v.

ITT INDUSTRIES, INC. (doing business as ITT Jabsco), Defendant–Appellant.

No. 05–1210.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2006.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.